EDWARD KLEINHAMMER, an Infant, etc., Respondent, v. WILLIAM HOFFMAN and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MYRON G. BRONNER and JAMES C. BRONNER, as Surviving Partners of the Firm of BRONNER & WARD, Respondents, v. NEWPORT ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CLAUD C. CHRISMAN, as Administrator, etc., of GEORGE T. CHRISMAN, Deceased, Appellant, v. FIRST NATIONAL BANK OF HERKIMER and Another, as Successor Trustees of ROBERT E. STEELE, Deceased, Assignee of GEORGE T. CHRISMAN, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ADOLPH SCHRADER, Respondent, v. JAMES HINCHEY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM MADISON, Appellant, v. FRANK WELCH, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN FULCROD, Appellant, v. STANLEY FRANKS, Respondent.— Appeal dismissed for failure of appellant to comply with order of April 30, 1930. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDITH T. HAGAR, Respondent, v. AUGUSTA V. SHERMAN, as Sole Executrix, etc., of WILLIAM T. SHERMAN, Deceased, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SARAH A. McMULLEN, Respondent, v. EDWARD McMULLEN, as Administrator, etc., Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

M. C. RUMLEY LUMBER COMPANY, INCORPORATED, Respondent, v. EDWARD F. NEUBECKER, Appellant, Impleaded with Another.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GUERINO PALESE, an Infant, etc., Respondent, v. WESLEY BRIGGS and Others, Appellants.— Motion granted and appeal. dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANK PALESE, Respondent, v. WESLEY BRIGGS and Others, Appellants.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of FRANK URBANSKI, an Incompetent Person.— Appeal dismissed unless appellant shall file and serve printed briefs by September thirtieth and shall pay to respondent's attorney ten dollars. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HELEN C. SCANDLING and Others, Respondents, v. DARCY WELLER, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by September twenty-fifth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.